**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | 2:03-CR-13(1) |
| | § | |
| DAVIDIAN MARQUIS LEFFALL | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636.  The report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this court.  Accordingly, it is hereby

**ORDERED** that the defendant's plea of true to the first, second, and fifth allegations as set forth in the government's petition be **ACCEPTED**.  Based upon the defendant's plea of true to these allegations, the court finds that the defendant violated the conditions of his supervised release. It is further

**ORDERED** that the defendant's supervised release be **REVOKED**.  It is further

**ORDERED** that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, consecutive to the term of imprisonment the defendant received in the 188th District Court of Gregg County, Texas, under Case No. 35550-A, with no term of supervised release to follow such term of imprisonment.  It is further

1

**REQUESTED** that the Bureau of Prisons place the defendant in its Ft. Worth, Texas, facility during the period of his confinement.

SIGNED this 15th day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE